38 F.3d 1547
 UNITED STATES Of America, Plaintiff-Appellee,
v.
Willie ROBERTS, Jr., Defendant-Appellant.
UNITED STATES Of America, Plaintiff-Appellee,
v.
Alvin Charles JOHNSON, Defendant-Appellant.
 Nos. 93-10067, 93-10122.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 3, 1994.
 
 Before: POOLE, BEEZER, and NELSON, Circuit Judges.
 
 
 1
 It is ordered that the Opinion filed May 24, 1994 and amended June 29, 1994 in this case is hereby withdrawn and vacated.